# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>JIMMY S. HOUMOLLER,<br><br>                Defendant. | Case No. 5:19-po-00127-JLT<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Motor Vehicle when Blood or Breath is 0.08 Grams or More of Alcohol, in violation of 36 C.F.R. Section 4.23(a)(2) |
| **Sentence Date:** | September 6, 2019 |
| **Review Hearing Date:** | September 1, 2020 |
| **Probation Expires On:** | September 6, 2020 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; notify the court and, if represented by Counsel, your counsel of any change of address and contact number; and notify the Court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

☒ **Monetary Fines & Penalties in Total Amount of:** $1230 which Total Amount is made up of a
Fine: $ 1200; Special Assessment: $30.

☒ Payment schedule: to be paid in full by October 7, 2019.

☐ Community Service hours Imposed of:

☒ Other Conditions:
The defendant shall complete three (3) months of once weekly alcohol abuse counseling through the company Rusmiddelcenter Viborg in Denmark. Proof of Completion Due by 3/6/2020.

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

    If so, describe arrest/charge/citation (location, court, date & offense):

☐ To date, Defendant has paid $

    ☐ If not paid in full when was last time payment:    Date:
                                                                     Amount:

☐ To date, Defendant has performed    hours of community service.

☐ Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED: August 20, 2020                */s/ Philip Tankovich*
                                              PHILIP TANKOVICH
                                              Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, Mr. Houmoller asks the Court for and moves for the following:

☒ that the review hearing set for 9/1/2020 at 9:00 a.m.

    ☐ be continued to [date] or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: August 20, 2020                */s/ Kim Schumann*
                                              Kim Schumann
                                              Schumann, Rosenberg & Arevalo LLP
                                              Attorney for Defendant

**[PROPOSED] ORDER**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: __**August 23, 2020**__                    _____/s/ Jennifer L. Thurston_____
                                                                    UNITED STATES MAGISTRATE JUDGE